# UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA; et seq.<br>Plaintiff (Petitioner)<br><br>v.<br><br>SUSAN H. MCHENRY; et al.<br>Defendant (Respondent) | CASE and/or DOCKET No.: 16-05160<br><br>Sheriff's Sale Date: _____ |

## AFFIDAVIT OF SERVICE

**TYPE OF PROCESS: SUMMONS AND COMPLAINT**

I, ERIC AFFLERBACH, certify that I am eighteen years of age or older and that I am not a party to the action nor an employee nor relative of a party, and that I served SUSAN H. MCHENRY the above process on the 12 day of January, 2017, at 10:25 o'clock, AM, at 5357 EADOM ST PHILADELPHIA, PA 19137, County of Philadelphia, Commonwealth of Pennsylvania:

**Manner of Service:**

☑ By posting a copy of the original process on the most public part of the property pursuant to an order of court

Service was attempted on the following dates/times:

1) _____   2) _____   3) _____

Commonwealth/State of _Pa_____   )
                                      ) SS:
County of _Berks_____             )

Before me, the undersigned notary public, this day, personally, appeared _Eric Afflerbach_ to me known, who being duly sworn according to law, deposes the following:

I hereby swear or affirm that the facts set forth in the foregoing Affidavit of Service are true and correct.

_____
(Signature of Affiant)

File Number: USA-160055
Case ID #: 4786305

Subscribed and sworn to before me
this _13_ day of _Jan_____, 20_17_

_____
Notary Public
COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
Teresa Minzola, Notary Public
Washington Township, Berks County
My Commission Expires December 05, 2017

PCO/B.A

| USPS Manifest Mailing System | | | | | | | Page 1 |
|---|---|---|---|---|---|---|---|
| Mailer's Name & Address<br>KML Law Group<br>701 Market Street<br>Suite 5000<br>Philadelphia, PA 19106 | | Permit Number<br>123 | | | MAC Ver. Number<br>ConnectShip Progistics 6.5 | | |
| | | Sequence Number<br>5644-1 | | | Class of Mail<br>Mixed | | |
| Article #/<br>Piece ID | Addressee Name<br>Delivery Address | ES<br>Type | Postage | ES<br>Fee | Insurance<br>Amount | Due/<br>Sender | Total<br>Charge |
| 9171999991703753149070<br>9171999991703753149070 | MCHENRY, SUSAN H.<br>5357 Eadom St.<br>Philadelphia, PA 19137 | <br>ERR<br>C | 2.520 | <br>1.40<br>3.45 | | | 7.37 |
| Page Totals<br>Cumulative Totals | 1<br>1 | | 2.52<br>2.52 | 4.85<br>4.85 | | | 7.37<br>7.37 |

USPS CERTIFICATION

Total Number Of Pieces Received_____

_____   Round Stamp_____
Signature of Receiving Employee

PS Form 3877 (Facsimile)         Extra Service Codes:
                                  C     Certified
                                  ERR   Return Receipt

| Name and Address of Sender<br>KML LAW GROUP, P.C.<br>SUITE 5000<br>701 MARKET STREET<br>PHILADELPHIA, PA<br>19106-1532 | Check type of mail or service:<br>☐ Certified  ☐ Recorded Delivery (International)<br>☐ COD  ☐ Registered<br>☐ Delivery Confirmation  ☐ Return Receipt for Merchandise<br>☐ Express Mail  ☐ Signature Confirmation<br>☐ Insured | | | | | Affix Stamp Here<br>(If issued as a certificate of mailing, or for additional copies of this bill)<br>Postmark and Date of Receipt | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Article Number | Addressee (Name, Street, City, State, & ZIP Code) | Postage | Fee | Handling Charge | Actual Value if Registered | Insured Value | Due Sender if COD | RR Fee | RD Fee | SH Fee | SC Fee | DC Fee | | | |
| 1. | | | | | | | | | | | | | | | |
| 2. | SUSAN MCHENRY<br>MCHENRY, SUSAN H.<br>5357 Eadom St.<br>Philadelphia, PA 19137 | | | | | | | | | | | | | | |
| 3. | | | | | | | | | | | | | | | |
| 4. | | | | | | | | | | | | | | | |
| 5. | | | | | | | | | | | | | | | |
| 6. | | | | | | | | | | | | | | | |
| 7. | | | | | | | | | | | | | | | |
| 8. | | | | | | | | | | | | | | | |

Total Number of Pieces Listed by Sender: 1  
Total Number of Pieces Received at Post Office  
Postmaster, Per (Name of receiving employee)  

U.S. POSTAGE >> PITNEY BOWES  
ZIP 19106 $ 001.35⁰  
02 1W  
0001391829 JAN 11 2017

PS Form 3877, February 2002 (Page 1 of 2)   Complete by Typewriter, Ink, or Ball Point Pen   See Privacy Act Statement on Reverse

USA-160055   Philadelphia County   Sale Date:

SUSAN H. MCHENRY

PCO - Back to Britni, Augostin